## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Ty Garbin | | | | Mag. Judge: Sally J. Berens |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:20-mj-00416-SJB | 10/8/2020 | 2:01 p.m. - 2:05 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Nils R. Kessler, Austin Hakes | Defendant: Appeared w/out counsel (court to appoint) | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>__ Arraignment:<br>  __ mute   __ nolo contendre<br>  __ not guilty   __ guilty<br>__ Initial Pretrial Conference<br>__ Detention   (waived __)<br>__ Preliminary   (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br><br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>✓ Order Appointing Counsel<br>__ Other: _____ | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing: _____<br><br>Presentence Report:<br>  __ Ordered   __ Waived<br><br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br><br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __ Yes  __ No<br>Defendant informed of right to appeal:   __ Yes  __ No<br>Counsel informed of obligation to file appeal:  __ Yes  __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Preliminary/Detention Hearings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Lenon |