AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __Michigan__

United States

Plaintiff (s),

v.

FOX, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-MJ-00416-SJB

Notice is hereby given that, subject to approval by the court, __TY GARBIN__ substitutes
(Party (s) Name)

__GARY K. SPRINGSTEAD__, State Bar No. __P59726__ as counsel of record in
(Name of New Attorney)

place of __PAUL MITCHELL__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: SPRINGSTEAD BARTISH BORGULA & LYNCH PLLC
- Address: 60 Monroe Center St., N.W. - #500, Grand Rapids, MI 49503
- Telephone: (231) 206-7256     Facsimile (231) 924-8702
- E-Mail (Optional): gary@sbbllaw.com

I consent to the above substitution.

Date: 10/17/20

x _[signature]_
(Signature of Party (s))

I consent to being substituted.

Date: 10/13/2020

_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/12/2020

/s/ Gary K. Springstead
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 13, 2020

/s/ Sally J. Berens
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]